```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 32941
   KIMBERLY L DOMANTAY
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-2408


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/19/05 and confirmed on 10/07/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   4720.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3059.93 | .00 | 406.04 |
| BLOOMINGDALE COUNSELING | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 5029.17 | .00 | 667.35 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTCORP | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2766.42 | .00 | 367.09 |
| GRANULAWN | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2461.60 | .00 | 326.65 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 530.59 | .00 | 70.41 |
| KOHLS | UNSECURED | 319.28 | .00 | 42.37 |
| MERCHANTS INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 382.07 | .00 | 50.70 |
| STEPHEN DOMANTAY | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 352.60 | .00 | 46.79 |
| DISCOVER BANK | UNSECURED | 8185.06 | .00 | 1086.13 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 759.05 | .00 | 759.05 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 720.37 | .00 | 95.59 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 759.05 | .00 | 23807.09 | .00 | 24566.14 |
| PRINCIPAL PAID | 759.05 | .00 | 3159.12 | .00 | 3918.17 |

```
INTEREST PAID                   .00           .00          .00           .00          .00
TOTAL PAID                   759.05           .00      3159.12           .00      3918.17
```

The Debtor's attorney, JANET L WATSON                  , was allowed $   1200.00 and was paid $    600.00  direct and $    600.00  through the plan.

The Trustee received $    197.83 .

Refunds to the Debtor totaled $      4.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/09/09                         /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE